UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AEROFUND HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LISA BASSHAM BROWN, et al., <br><br> Defendants. | Case No. 20-cv-03747-VKD <br><br> **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On September 4, 2020, the Court granted plaintiff Aerofund Holdings, Inc.'s ("Aerofund") request to continue the initial case management conference from September 8, 2020 to November 17, 2020. Dkt. No. 9. The Court further required the parties to submit a joint case management statement that complies with all applicable Civil Local Rules and Standing Orders by November 10, 2020. *Id.* at 2. Defendants have not appeared in this action or consented to magistrate judge jurisdiction. No party filed a case management statement by the November 10 deadline. Other than serving defendants, Aerofund has taken no action to prosecute the case. *See* Dkt. No. 15.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, Aerofund is ORDERED TO SHOW CAUSE why the Court should not recommend that this action be dismissed for failure to prosecute. A written response to this Order must be filed by **November 16, 2020**. The Court will hold a hearing on this Order to Show Cause on **November 17, 2020 at 1:30 p.m.**

///

///

**IT IS SO ORDERED.**

Dated: November 12, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge