**PAHL & McCAY**
A Professional Law Corporation
**Ginger L. Sotelo, Esq.** (State Bar No. 210429)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone:    (408) 286-5100
Facsimile:    (408) 286-5722
Email:  gsotelo@pahl-mccay.com

Attorneys for Plaintiff
AEROFUND HOLDINGS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROFUND HOLDINGS, INC. | Case No.  5:20-CV-03747-VKD |
| Plaintiff | **STIPULATED JUDGMENT** |
| v. | |
| LISA BASSHAM BROWN, MBROWN TECH SERVICES, MBROWN TECH SERVICES, LLC, MIKE BROWN, LMI SYSTEMS, LLC, | Action Filed: June 5, 2020
Trial Date: TBD |
| Defendants. | |

Based on the Stipulation of the parties hereto, and good cause appearing therefore, MONETARY JUDGMENT IS HEREBY ENTERED against Defendants LISA BASSHAM BROWN, individually and dba MBROWN TECH SERVICES, MBROWN TECH SERVICES, LLC, and MIKE BROWN and in favor of Plaintiff AEROFUND HOLDINGS, INC., for monetary damages in the amount of Three Hundred Fifty Two Thousand Two Hundred Twenty Four and 56/100 Dollars ($352,224.56), plus prejudgment interest at ten percent (10%) per annum from September 15, 2020, totaling Five Hundred One Hundred Sixty One and  80/100 Dollars ($5,161.80), and less credits of Fifty One Thousand Three Hundred Twenty and 80/100 ($51,320.80) for payments received, for a total judgment of Three Hundred Six Thousand Sixty

///

///

///

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2258/191 -
00812343.PDF.1

1  Five and 56/100 Dollars ($306,065.56).

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated:

                                            _____
                                            Judge of the Superior Court

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2258/191 -
00812343.PDF.1