**PAHL & McCAY**
A Professional Law Corporation
**Ginger L. Sotelo, Esq.** (State Bar No. 210429)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone:   (408) 286-5100
Facsimile:   (408) 286-5722
Email:  gsotelo@pahl-mccay.com

Attorneys for Plaintiff
AEROFUND HOLDINGS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROFUND HOLDINGS, INC.<br><br>Plaintiff<br><br>v.<br><br>LISA BASSHAM BROWN, MBROWN TECH SERVICES, MBROWN TECH SERVICES, LLC, MIKE BROWN, LMI SYSTEMS, LLC,<br><br>Defendants. | Case No.  5:20-CV-03747-VKD<br><br>**STIPULATION TO JUDGMENT**<br><br><br>Action Filed: June 5, 2020<br>Trial Date: TBD |

Plaintiff AEROFUND HOLDINGS, INC., and Defendants LISA BASSHAM BROWN, individually and dba MBROWN TECH SERVICES, MBROWN TECH SERVICES, LLC, and MIKE BROWN hereby stipulate to judgment as follows:

The Court shall enter a monetary judgment against Defendants LISA BASSHAM BROWN, individually and dba MBROWN TECH SERVICES, MBROWN TECH SERVICES, LLC, and MIKE BROWN, and in favor of Plaintiff AEROFUND HOLDINGS, INC , for monetary damages in the amount of Three Hundred Fifty Two Thousand Two Hundred Twenty Four and 56/100 Dollars ($352,224.56), plus prejudgment interest at ten percent (10%) per annum

///

///

///

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2258/191 -
00779601.DOCX.
1

from 9/15/2020, totaling $5,161.80, and less credits of $ 51,320.80 for payments received.

    IT IS SO STIPULATED.

Dated: September 15, 2020      AEROFUND HOLDINGS, INC.

By: Steve Troy, its President

Dated: September 15, 2020

Lisa Bassham Brown, individually and dba
MBROWN TECH SERVICES

Dated: September 15, 2020      MBROWN TECH SERVICES, LLC

By: MIKE BROWN
Its: MGR PHONE

Dated: September 15, 2020

Mike Brown

Pahl & McCay
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2258/191 -
00779601.DOCX
1

2

**Aerofund Holdings, Inc. v. Lisa Bassham Brown, et al.**
**U.S. District Court Case No.: 5:20-cv-03747-VKD**

# CERTIFICATE OF SERVICE

State of California        )
                           )  xx
County of Santa Clara      )

      I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1752. On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

- *Stipulated Judgment*
- *Stipulation to Judgment*

On the Addressee(s) below named in said action by:

☒ First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

☐ Facsimile at the fax numbers shown after each name below.

☐ By Personal Delivery.

☐ By Federal Express pursuant to Code of Civil Procedure § 1005.

☒ By Electronic Mail.

**Addressee(s):**

| | |
|---|---|
| James C. Parker<br>Hugo Parker, LLP<br>240 Stockton Street, 8th Floor<br>San Francisco, CA 94108<br>Telephone: 415-808-0300<br>Fax: 415-808-0333<br>*Email: jparker@hugoparker.com* | *Attorneys for Defendant-LMI Systems, LLC* |
| Lisa Bassham Brown<br>Mike Brown<br>1210 Ashbourne Lane<br>Longview, TX 75605<br>Email: mike@mbrowntechservices.net | *In Pro Per* |
| M Brown Tech Services<br>M Brown Tech Services, LLC<br>1210 Ashbourne Lane<br>Longview, TX 75605<br>Email: mbrownpcs@gmail.com | *In Pro Per* |

**PROOF OF SERVICE**  (Case No. 5:20-cv-03747-VKD)

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2258/191 -
00812346.PDF.1

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed on November 16, 2020, at San Jose, California.

*/s/ Yvonne Vargas*
Yvonne Vargas

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*2258/191 -
00812346.PDF.1

**PROOF OF SERVICE** (Case No. 5:20-cv-03747-VKD)